UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTOPHER JOHNSON, on behalf of
himself and those similarly situated,

        Plaintiff,

-vs-                        Case No.  5:07-cv-324-Oc-10GRJ

EDS WASTE 2 WATER, INC., a Florida
corporation,

        Defendant.
_____

## **O R D E R**

This case is before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice (Doc. 14).  Pursuant to the stipulation and in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Clerk is directed to enter judgment dismissing this case with prejudice, each party to bear its own attorney's fees and costs.  The Clerk is further directed to terminate all pending motions and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 27th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
                Maurya McSheehy